# Court of Appeals
# of the State of Georgia

ATLANTA, April 16, 2025

*The Court of Appeals hereby passes the following order*

**A25I0193. TIFFANY LEWIS, ADULT CHILD OF JUAN LEWIS, SR. et al v. EMORY HEALTHCARE INC. et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

24A03850



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, April 16, 2025.

        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

        Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith* , Clerk.